UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sherri Trimble-Reed and Kyle Reed,

       Plaintiff(s),                       Case No. 10-13674

v.                                         Hon.  Sean F. Cox

Detroit Police Department,

       Defendant(s).

_____/

## ORDER DENYING REQUEST
## FOR APPOINTMENT OF COUNSEL

       Plaintiffs filed their Complaint with a request for appointment of counsel on September 15, 2010. Typically, this court appoints counsel in a case only under exceptional circumstances and, in any event, only after the claims have survived a dispositive motion.  There are no exceptional circumstances in this case that would warrant the appointment of counsel at this time, and plaintiffs' claims have not yet been tested by a dispositive motion;

       Therefore, the Court DENIES Plaintiffs' request for appointment of counsel without prejudice.

       SO ORDERED.

                           S/Sean F. Cox
                           Sean F. Cox
                           United States District Judge

Dated:  September 23, 2010

I hereby certify that on August 17, 2010, a copy of the foregoing document was served upon

counsel of record via electronic means and upon plaintiff via First Class Mail at the address below:

Sherry Trimble-Reed and Kyle Reed
15752 Freeland
Detroit, MI 48227


S/J. Hernandez
Case Manager